**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT SCHMIDT,** | ) | **CASE NO. 1:12CV2779** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **JAY HOWARD HODGE, et al.,** | ) | **O R D E R** |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.#69) of Magistrate Judge Baughman regarding Plaintiff's Motion for Default Judgment against Defendant Regal Auto Body and Service, Incorporated ("Regal")(Doc.#44).  The Magistrate Judge recommends that Plaintiff's Motion be granted.  Defendant has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service,  but Defendant has failed to timely file any such objections.  Therefore, the Court must assume that Defendant is satisfied with the Magistrate Judge's recommendation.   Any further review by this Court would be a duplicative and  inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore,  the Court adopts in full the Report and Recommendation (Doc.#69 ) and grants Plaintiff's Motion for Default Judgment against Regal, as to liability only.

IT IS SO ORDERED.

Dated: 2/6/2014

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE